1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

| MARC DOUGLAS HOLCOMB, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | CASE NO.    C05-316RSL |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES SPAULDING, | ) | ORDER DENYING § 2254 PETITION |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

13    The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28

14   U.S.C. § 2254, respondent's answer, the Report and Recommendation of the Honorable Monica J.

15   Benton, United States Magistrate Judge, any objections thereto, and the balance of the record, does

16   hereby find and ORDER:

17        (1)    The Court adopts the Report and Recommendation.

18        (2)    Petitioner's petition for a writ of habeas corpus (Dkt. #8) is DENIED with prejudice.

19        (3)    The Clerk is directed to send a copy of this Order to petitioner, to counsel for

20               respondent, and to Judge Benton.

21        DATED this 6th day of September, 2005.

22

23        _Mnt S Lasnik_

24        Robert S. Lasnik
          United States District Judge

25

26